AO 440 (Rev 10/93) Summons in a Civil Action

# RETURN OF SERVICE

DATE: March 11, 2007 at 11:15 AM

Service of Summons and Complaint was made by me [1]

NAME OF SERVER (*PRINT*) William Bailey    TITLE: Process Server

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:  11 Strauss Way, Newark, DE 19702

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (*specify*):
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on:  3/12/07
              Dated

Signature of Server

633 Yesler Way
Seattle, WA  98104
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure

IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER BROS. RECORDS INC., A DELAWARE CORPORATION; ET AL., <br><br>Plaintiff/Petitioner<br><br>vs.<br>CAROL CHAIRES<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **07-133**<br><br>DECLARATION OF SERVICE OF:<br>NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **11th day of March, 2007, at 11:15 AM**, at the address of **11 STRAUSS Way, NEWARK, New Castle** County, **DE 19702**; this declarant served the above described documents upon **CAROL CHAIRES**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **CAROL CHAIRES, NAMED DEFENDANT, White, Female, Age 53, 5'7", 140 lbs with brown hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Delaware** that the statement above is true and correct.

DATED this **13th day of March, 2007**.

_William Bailey, Reg. # None in DE, New Castle, DE_

| | | |
|---|---|---|
| ABC's Client Name<br>**Holme, Roberts & Owen RIAA (PFI)** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **4248924** |