IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>vs.<br><br>CAROL CHAIRES,<br><br>          Defendant. | CIVIL ACTION No. 1:07-cv-00133-SLR |

## REQUEST TO ENTER DEFAULT

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of Robert S. Goldman ¶ 5.

Plaintiffs served the Summons and Complaint on Defendant on March 11, 2007, by personal service, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the Complaint. Id. ¶ 4.

Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶¶ 6-7.

DATED: 4/19/07   By: /s/ Robert S. Goldman
Robert S. Goldman (DE Bar No. 2508)
Lisa C. McLaughlin (DE Bar No. 3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(New Castle County)
Telephone: 302-655-4200

Attorneys for Plaintiffs WARNER BROS.
RECORDS INC.; CAPITOL RECORDS,
INC.; and UMG RECORDINGS, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CAROL CHAIRES,<br><br>Defendant. | CIVIL ACTION No. 1:07-cv-00133-SLR |

### DECLARATION OF ROBERT S. GOLDMAN IN SUPPORT OF PLAINTIFFS' REQUEST TO ENTER DEFAULT

I, Robert S. Goldman, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of Delaware and this United States District Court. I am an attorney in the law firm of Phillips, Goldman & Spence, P.A., attorneys for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On March 6, 2007, Plaintiffs filed the Complaint in this case against Defendant. Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant was served with the Summons and Complaint on March 11, 2007, by personal service.

3. More than 20 days have elapsed since the date on which service of the Summons and Complaint was effective.

3

4.   Neither Plaintiffs nor the Court have granted Defendant any extension of time to respond to the Complaint

5.   Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

6.   I am informed and believe that Defendant is not an infant or incompetent person.

7.   I am informed and believe that a search for Defendant's name was conducted through the Defense Manpower Data Center, Servicemembers Civil Relief Act database. That search revealed no evidence that Defendant is in the military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 19, 2007

Wilmington, Delaware.

_____
Robert S. Goldman, Esquire

4

# EXHIBIT "A"

AO 440 (Rev 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE: March 11, 2007 at 11:15 AM

Service of Summons and Complaint was made by me [1]

NAME OF SERVER (*PRINT*)  William Bailey            TITLE: Process Server

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant   Place where served: __11 Strauss Way, Newark, DE  19702__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (*specify*): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct

Executed on: __3/12/07__
Dated

Signature of Server

633 Yesler Way
Seattle, WA  98104
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure

IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER BROS. RECORDS INC., A DELAWARE CORPORATION; ET AL., <br><br> Plaintiff/Petitioner <br><br> vs. <br> CAROL CHAIRES <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO: 07-133 <br><br> DECLARATION OF SERVICE OF: <br> NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **11th day of March, 2007, at 11:15 AM**, at the address of **11 STRAUSS Way, NEWARK, New Castle County, DE 19702**; this declarant served the above described documents upon **CAROL CHAIRES**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **CAROL CHAIRES, NAMED DEFENDANT, White, Female, Age 53, 5'7", 140 lbs with brown hair**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Delaware** that the statement above is true and correct

DATED this **13th day of March, 2007**.

William Bailey, Reg. # None in DE, New Castle, DE

| | | |
|---|---|---|
| ABC's Client Name <br> **Holme, Roberts & Owen RIAA (PFI)** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **4248924** |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CAROL CHAIRES,<br><br>Defendant. | CIVIL ACTION No. 1:07-cv-00133-SLR |

## DEFAULT BY CLERK

It appearing from the records in this action that Summons has been served upon Defendant Carol Chaires, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Carol Chaires has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Carol Chaires hereby is entered.

DATED: _____    By: _____
                                        Deputy Clerk