IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

WARNER BROS. RECORDS INC.,  )
CAPITOL RECORDS, INC., and UMG  )
RECORDINGS, INC.,  )
                       )
        Plaintiffs,  )
                       )
    v.  )  Civ. No. 07-133-SLR
                       )
CAROL CHAIRES,  )
                       )
        Defendants.  )

## DEFAULT IN APPEARANCE

        AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendant

Carol Chaires pursuant to Federal Rule of Civil Procedure 55(a) as defendant has failed

to answer or otherwise respond to the complaint. (See D.I. 5 and 6)

Dated: June 20, 2007                  _Roxanne L. Dillo_____
                                   (By) Deputy Clerk