IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER BROS. RECORDS INC., CAPITOL RECORDS, INC., and UMG RECORDINGS, INC., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | )  Civ. No. 07-133-SLR ) |
| CAROL CHAIRES, | ) ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 6th day of September, 2007, the Clerk of Court having issued a default in appearance against defendant Carol Chaires pursuant to Fed. R. Civ. P. 55(a) and plaintiffs having filed a motion for entry of default judgment against said defendant (D.I. 8);

IT IS ORDERED that a default hearing shall be heard on **Friday, October 5, 2007, at 8:30 a.m.** in courtroom 6B on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge