IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER BROS. RECORDS INC., CAPITOL RECORDS, INC., and UMG RECORDINGS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>CAROL CHAIRES, <br><br>Defendants. | ) ) ) ) ) ) ) ) Civ. No. 07-133-SLR ) ) ) ) ) |

**O R D E R**

At Wilmington this 1st day of October, 2007,

IT IS ORDERED that the default hearing originally scheduled for October 5, 2007 is hereby rescheduled to **Tuesday, October 23, 2007, at 9:00 a.m.** in courtroom 6B on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge