D.I. #_____

## CIVIL ACTION
## NUMBER: 07 CV 133 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .41 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.21 |

Postmark: WILMINGTON DE 19801, OCT 24 2007

C.A. No. 07-133-SLR

Sent To: Carol Chaires
Street, Apt. No.; or PO Box No.: 11 Strauss Way
City, State, ZIP+4: Newark, DE 19702

7005 1820 0004 3169 6398

PS Form 3800, June 2002     See Reverse for Instructions