FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

United States District Court
For the District of Delaware

2007 OCT 29 PM 4: 35

SS

*(scanned)*

# Acknowledgement of Service Form
# For Service By Return Receipt

Civil Action No. 07 CV 133 -SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 10/26/07<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Carol Chaires<br>11 Strauss Way<br>Newark, DE 19702 | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service) | 7005 1820 0004 3169 6398 |
| PS Form 3811, August 2001 | Domestic Return Receipt       102595-02-M-1540 |