AO 121 (6/90)

07-133

**TO:**
Register of Copyrights
Copyright Office
Library of Congress
Washington, D.C. 20559

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT**

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO. 07-133 | DATE FILED 3/6/07 | United States District Court<br>District of Delaware<br>844 N. King Street<br>Wilmington, DE 19801 |

| PLAINTIFF | DEFENDANT |
|---|---|
| WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; and UMG RECORDINGS, INC. | Carol Chaires |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☒ Judgment | ☐ Yes  ☒ No | 10-23-2007 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | R. Pirdu | 11-1-2007 |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## Carol Chaires

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Faith Hill | If My Heart Had Wings | Breathe | 276-629 |
| Capitol Records, Inc. | Billy Idol | Dancing With Myself | Billy Idol | 39-673 |
| Capitol Records, Inc. | Billy Idol | Rebel Yell | Rebel Yell | 52-131 |
| UMG Recordings, Inc. | 3 Doors Down | Be Like That | The Better Life | 277-407 |
| UMG Recordings, Inc. | Trisha Yearwood | Perfect Love | Song Book: A Collection of Hits | 245-328 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CAROL CHAIRES,<br><br>Defendant. | CIVIL ACTION No. 1:07-cv-00133-SLR |

## [~~PROPOSED~~] DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1.  Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the five sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Three Thousand Seven Hundred Fifty Dollars ($3,750.00).

2.  Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3.  Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "If My Heart Had Wings," on album "Breathe," by artist "Faith Hill" (SR# 276-629);

- "Dancing With Myself," on album "Billy Idol," by artist "Billy Idol" (SR# 39-673);

- "Rebel Yell," on album "Rebel Yell," by artist "Billy Idol" (SR# 52-131);

- "Be Like That," on album "The Better Life," by artist "3 Doors Down" (SR# 277-407);

- "Perfect Love," on album "Song Book: A Collection of Hits," by artist "Trisha Yearwood" (SR# 245-328);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: 10/23/07      By: _____
                          Hon. Sue L. Robinson
                          United States District Judge